Katherine L. Kettler (SBN 231586)
 *klk@millerlawgroup.com*
Jennifer A. Shy (SBN 131074)
 *jas@millerlawgroup.com*
Lindsay E. Hutner (SBN 238998)
 *leh@millerlawgroup.com*
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants
AT&T MOBILITY SERVICES LLC and
AT&T UMBRELLA BENEFIT PLAN NO. 1
(erroneously sued herein as "AT&T
UMBRELLA PLAN NO. 1")

Christopher C. Phillips (SBN 257758)
 *cphillips@bowmanandassoc.com*
THE LAW OFFICE OF BOWMAN & ASSOCIATES
A Professional Corporation
193 Blue Ravine Road, Suite 180
Folsom, CA  95630
Tel. (916) 985-2600
Fax (916) 985-2626

Attorneys for Plaintiff
LINDA REYNOSO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| LINDA REYNOSO,<br><br>            Plaintiff,<br><br>v.<br><br>AT&T MOBILITY SERVICES, LLC; SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.; AT&T UMBRELLA PLAN NO. 1 and DOES 2 through 50, inclusive,<br><br>            Defendant(s). | Case No.: 2:10-CV-02275-JAM-CKD<br><br>**STIPULATION TO CONTINUE SCHEDULE FOR DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION AND ORDER**<br><br>Complaint filed:  July 16, 2010<br>First Amend. Complaint filed:  Aug. 24, 2010 |

1
**STIPULATION TO CONTINUE SCHEDULE FOR DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION AND [PROPOSED] ORDER - Case No.: 2:10-CV-02275-JAM-CKD**

PDF created with pdfFactory trial version www.pdffactory.com

1. The parties, Plaintiff LINDA REYNOSO ("Plaintiff") and Defendants AT&T UMBRELLA BENEFIT PLAN NO. 1 ("Plan") and AT&T MOBILITY SERVICES, LLC ("Mobility") (collectively, "Defendants") by and through their undersigned attorneys, hereby stipulate to continue the schedule for each of the Defendants' Motion for Summary Judgment or In the Alternative, Summary Adjudication that are currently set forth in the Court's Minute Order dated February 2, 2011. [*See* Docket No. 12]

2. In her First Amended Complaint, Plaintiff alleges that Defendant Plan violated ERISA section 502(a)(1)(B) by arbitrarily denying her claim for short-term disability benefits. Separate from her claims against Defendant Plan, Plaintiff also alleges that Defendant Mobility wrongfully terminated her employment because she appealed the denial of short-term disability benefits under the Plan. Plaintiff further alleges Defendant Mobility's conduct constituted a breach of an implied covenant of good faith and fair dealing and that it was unjustly enriched at Plaintiff's expense.

3. On October 22, 2010, the parties filed a Joint Status Report. [Docket No. 8] The Joint Status Report stated that Defendants anticipated filing two Motions for Summary Judgment – one on behalf of Defendant Plan and another on behalf of Defendant Mobility – as the Causes of Action in Plaintiff's First Amended Complaint are clearly delineated between the two parties. [*Id.*]

4. On February 2, 2011, and pursuant to the parties' Joint Status Report, the Court entered a Minute Order setting the following motions schedule: Defendant Plan's Motion for Summary Judgment shall be filed on or before September 7, 2011, and noticed for hearing on October 5, 2011; Defendant Mobility's Motion for Summary Judgment shall be filed on or before November 9, 2011, and noticed for hearing on December 7, 2011. [*See* Docket No. 12]

STIPULATION TO CONTINUE SCHEDULE FOR DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION AND [PROPOSED] ORDER - Case No.: 2:10-CV-02275-JAM-CKD

PDF created with pdfFactory trial version www.pdffactory.com

5. Pursuant to the Court's February 2, 2011 Minute Order, Defendant Plan filed its Motion for Summary Judgment on September 7, 2011, and noticed it for hearing on October 5, 2011. [*See* Docket Nos. 18-23]

6. Since the filing of Defendant Plan's Motion for Summary Judgment or in the Alternative Motion for Summary Adjudication, the parties agreed to attend private mediation in an effort to resolve Plaintiff's claims against both Defendants. The mediation is currently, scheduled for November 7, 2011.

7. Because the parties have agreed to devote their energies to attempting to resolve this matter without further assistance from the Court, they do not wish to burden the Court or expend potentially unnecessary resources in preparing briefing for the Defendants' respective Motions for Summary Judgment or In the Alternative Summary Adjudication as currently scheduled by the Court.

8. However, if the matter is not resolved pursuant to the parties' mediation, the parties wish to have sufficient time to prepare their respective briefings for the two Motions for Summary Judgment or In the Alternative Summary Adjudication.

9. IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants, by and through their respective undersigned attorneys of record, to continue to dates set for hearings on the Defendants' respective Motions for Summary Judgment or In the Alternative Summary Adjudication, as well as all associated deadlines, including the deadlines for the filing of the Plaintiff's oppositions and Defendants' respective reply briefs, as follows:

3

STIPULATION TO CONTINUE SCHEDULE FOR DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION AND [PROPOSED] ORDER - Case No.: 2:10-CV-02275-JAM-CKD

PDF created with pdfFactory trial version www.pdffactory.com

For Defendant Plan's pending Motion for Summary Judgment:

| | |
|---|---|
| December 7, 2011 | Last court day for Plaintiff to file and serve opposition to Defendant Plan's Motion for Summary Judgment or In the Alternative Summary Adjudication. |
| December 14, 2011 | Last day for Defendant Plan to file and serve reply to opposition to Defendant Plan's Motion for Summary Judgment or In the Alternative Summary Adjudication. |
| December 21, 2011 | Hearing on Defendant Plan's Motion for Summary Judgment, or in the Alternative, Summary Adjudication |

For Defendant Mobility's Motion for Summary Judgment:

| | |
|---|---|
| December 16, 2011 | Last court day for Defendant Mobility to file and serve Motion for Summary Judgment or In the Alternative Summary Adjudication. |
| January 4, 2012 | Last court day for Plaintiff to file and serve opposition to Defendant Mobility's Motion for Summary Judgment or In the Alternative Summary Adjudication. |
| January 11, 2012 | Last day for Defendant Mobility to file and serve reply to opposition to Defendant Plan's Motion for Summary Judgment or In the Alternative Summary Adjudication. |
| January 18, 2012 | Hearing on Defendant Mobility's Motion for Summary Judgment, or in the Alternative, Summary Adjudication |

PDF created with pdfFactory trial version www.pdffactory.com

In furtherance of the principles set forth in Eastern District of California Local Rule 271(i)(2), regarding the Court's Voluntary Dispute Resolution Program and for the reasons set forth above, good cause exists for this continuance of the existing deadlines for filing the Defendants' respective Motions for Summary Judgment or in the Alternative Summary Adjudication.

**IT IS SO STIPULATED.**

Dated:  September 13, 2011

MILLER LAW GROUP
A Professional Corporation


By:  /s/ Katherine L. Kettler
Katherine L. Kettler
Attorneys for Defendants
AT&T MOBILITY SERVICES LLC and
AT&T UMBRELLA BENEFIT PLAN NO. 1


Dated:  September 13, 2011

THE LAW OFFICE OF BOWMAN & ASSOCIATES
A Professional Corporation


By:  /s/ Christopher C. Phillips (*as authorized on September 13, 2011*)
Christopher C. Phillips
Attorneys for Plaintiff
LINDA REYNOSO

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

Having reviewed the Stipulation executed by Plaintiff LINDA REYNOSO and Defendants AT&T MOBILITY SERVICES LLC and AT&T UMBRELLA BENEFIT PLAN NO. 1 and good cause appearing, the Court hereby orders that the hearings on Defendants' respective Motions for Summary Judgment or In the Alternative Summary Adjudication be continued and associated dates are vacated and rescheduled pursuant to the schedule set forth below.

For Defendant Plan's pending Motion for Summary Judgment:

| | |
|---|---|
| December 7, 2011 | Last court day for Plaintiff to file and serve opposition to Defendant Plan's Motion for Summary Judgment or In the Alternative Summary Adjudication. |
| December 14, 2011 | Last day for Defendant Plan to file and serve reply to opposition to Defendant Plan's Motion for Summary Judgment or In the Alternative Summary Adjudication. |
| January 11, 2012 at 9:30 a.m. | Hearing on Defendant Plan's Motion for Summary Judgment, or in the Alternative, Summary Adjudication. |

For Defendant Mobility's Motion for Summary Judgment:

| | |
|---|---|
| December 16, 2011 | Last court day for Defendant Mobility to file and serve Motion for Summary Judgment or In the Alternative Summary Adjudication. |
| January 4, 2012 | Last court day for Plaintiff to file and serve opposition to Defendant Mobility's Motion for Summary Judgment or In the Alternative Summary Adjudication. |

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| January 11, 2012 | Last day for Defendant Mobility to file and serve reply to opposition to Defendant Plan's Motion for Summary Judgment or In the Alternative Summary Adjudication. |
| January 25, 2012 at 9:30 a.m. | Hearing on Defendant Mobility's Motion for Summary Judgment, or in the Alternative, Summary Adjudication |

**IT IS SO ORDERED.**


Dated:  September 13, 2011                         /s/ John A. Mendez_____
                                                                     The Honorable John A. Mendez
                                                                     United States District Judge