Sean Gavin (SBN: 251124)
THE LAW OFFICE OF BOWMAN AND ASSOCIATES
*A Professional Corporation*
193 Blue Ravine Road, Suite 180
Folsom, CA 95630
T: 916.923.2800
F: 916.923.2828
E: sgavin@bowmanandassoc.com

Attorney for Plaintiff
LINDA REYNOSO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT – SACRAMENTO DIVISON

| | |
|---|---|
| LINDA REYNOSO,<br><br>Plaintiff,<br><br>v.<br><br>AT&T Mobility Services, LLC;<br>SEDGWICK CLAIMS MANAGEMENT<br>SERVICES, INC.; AT&T Umbrella Plan.<br>No. 1 and DOES 2 through 50, inclusive,<br><br>Defendants. | **CASE NO.:  2:10-CV-02275-JAM-KJM**<br><br>**NOTICE OF ENTRY OF DISMISSAL<br>WITH PREJUDICE** |

Pursuant to FRCP §41(a)(1)(A)(i), Plaintiff LINDA REYNOSO by and through her

attorney, voluntarily dismisses this case with prejudice, and each party is to bear its/her own fees

and costs.

///

LAW OFFICE OF BOWMAN & ASSOCIATES, APC
193 BLUE RAVINE ROAD, SUITE 180
FOLSOM, CA 95630

REYNOSO  v. AT&T MOBILITY SERVICES LLC, et al.
CASE NO.:  2:10-CV-02275-JAM-KJM

Notice of Entry of Dismissal With Prejudice
Page 1 of 2

1   Accordingly, the Clerk of Court is respectfully requested to close this case.

2

3                                         Respectfully Submitted,

4   Dated:  11|8|204              THE LAW OFFICE OF BOWMAN & ASSOCIATES

5                                         *A Professional Corporation*

6

7   By:  _____

8        Sean Gavin (SBN: 251124)
         Attorney for Plaintiff
         LINDA REYNOSO

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICE OF BOWMAN & ASSOCIATES, APC
193 BLUE RAVINE ROAD, SUITE 180
FOLSOM, CA 95630